DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENE LEE SEXTON,**
Appellant,

v.

**KIM LOUISE DETORE,**
Appellee.

No. 4D17-2133

[April 19, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 2015CP000236.

Lisa Braden of Lisa Braden, P.A., West Palm Beach, for appellant.

R. Lee McElroy of Downey | McElroy, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***